**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-6093
_____

JIMMY RULE KING,

              Plaintiff - Appellant,

          v.

A. JOHNSON, Corporal, C-Team, Virginia Beach Correctional
Center; R. LUFT, Corporal, C-Team, Virginia Beach
Correctional Center; J. KENNEDY, Deputy, C-Team, Virginia
Beach Correctional Center,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   John A. Gibney, Jr.,
District Judge.  (3:11-cv-00665-JAG)

_____

Submitted:  April 26, 2012          Decided:  May 1, 2012

_____

Before GREGORY, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jimmy Rule King, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Rule King appeals the district court's order dismissing his complaint without prejudice for failure to comply with a court order. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because King's informal brief raises no issues challenging the district court's disposition, King has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>